AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

FILED
NOV 28 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MICHAEL CROSTA )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:12CV717
ROBERT BUSSE & CO., INC )
& )
JANE CARDINALE, AS ADMINISTRATOR FOR THE )
ESTATE OF EMANUEL CARDINALE )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT BUSSE & CO., INC.
75 ARKAY DRIVE
HAUPPAUGE, NEW YORK 11788

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID PAUL MORGAN
CRAVENS & NOLL, P.C.
9011 ARBORETUM PARKWAY, SUITE 200
RICHMOND, VA 23236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 10 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:12CV717

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Robert Busse + Co.**

was received by me on *(date)* **11-05-12**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ray O'hare  VP**, who is designated by law to accept service of process on behalf of *(name of organization)* **Robert Busse + Co**
on *(date)* **11-5-12** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-6-12**

_____
Server's signature

**Michael Kuhner**
*Printed name and title*
**Process Server**

DPS
373 Smithtown Bypass, Suite 212
Hauppauge, N.Y. 11788

Additional information regarding attempted service, etc: