# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Richmond Division-Eastern District of Virginia

Case Number: 3:12CV717

Plaintiff:
**MICHAEL CROSTA**

vs.

Defendant:
**ROBERT BUSSE & CO., INC., ET AL.**

For:
David Morgan, Esq.
Cravens & Noll, P.C.
9011 Arboretum Parkway
Suite 200
Richmond, VA 23236

Received by Direct Process Server, LLC on the 5th day of November, 2012 at 3:06 pm to be served on **Jane Cardinale as Administrator for the Estate of Emanuel Cardinale, 66 Clocktower Lane East, Old Westbury, NY 11568.**

I, John Freer, do hereby affirm that on the **7th day of November, 2012 at 10:10 am**, I:

**Served Jane Cardinale INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Jane Cardinale as Administrator for the Estate of Emanuel Cardinale** at the address of: **66 Clocktower Lane East, Old Westbury, NY 11568**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 58, Sex: F, Race/Skin Color: White, Height: 5'-6", Weight: 165, Hair: Dyed Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

John Freer
1395244

Direct Process Server, LLC
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2012002832

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5m

