

# Cravens & Noll P.C.
### Attorneys & Counselors at Law

John Thompson Cravens
David E. Noll
W. Allan Burns Jr.
David P. Morgan
Marc A. Boyko
Mary A. Napier
Susan G. Andrews
Andrew M. Green

December 11, 2012

Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219-3528



Re: Case No.: 3:12CV717

To Whom it May Concern,

On November 26, 2012 I mailed in a Summons in a Civil Action and Return of Service I had received from our private process server as proof of service on the two Defendants. I did not receive a Summons in a Civil Action back from the private process server for service on Jane Cardinale, Administrator for the Estate of Emanuel Cardinale. In an attempt to get the original Summons I asked the process server to forward it to me. In response I was told there was not one available.

Sincerely,

David P. Morgan, Esq.

**Chesterfield Office**
9011 Arboretum Pkwy.
Suite 200
Richmond, VA 23236
(804) 330-9220

www.cravensnoll.com

**Henrico Office:**
Innsbrook Centre
4551 Cox Road
Suite 120
Glen Allen, Virginia 23060

(804) 264-4528 (Facsimile)

**Tri-Cities Office:**
456 Charles Dimmock Pkwy.
Suite 7
Colonial Heights, VA 23834
(804) 524-0100

*Please reply to our Chesterfield Office